IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.<br>    Plaintiff,<br>v.<br><br>CNN BROADCASTING, INC., *ET AL.*<br><br>    Defendants. | Civil Action File<br>No. 1:20-cv-01045-MLB |

### CNN'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

CNN hereby responds to the Campaign's Notice of Supplemental Authority attaching and discussing *Sarah Palin v. The New York Times Company and James Bennett*, Case No. 1:17-cv-04853 (JSR) ("*Palin* decision").

To the extent the Court considers the non-binding *Palin* decision, it does not add anything new to the arguments already briefed by the parties. CNN therefore refers the Court to its prior briefing. (Doc. 16-1 at 21-25; Doc. 27 at 13-15.)

Respectfully submitted this 15th day of September, 2020.

*/s/ Brian M. Underwood, Jr.*
BRYAN CAVE LEIGHTON PAISNER LLP

1

Eric P. Schroeder (Ga. Bar 629880)
Brian M. Underwood, Jr. (Ga. Bar 804091)
One Atlantic Center, 14th Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309
Telephone:  404-572-6600
Facsimile:    404-572-6999
eric.schroeder@bclplaw.com
brian.underwood@bclplaw.com

*Counsel for Defendants*

## Local Rule 7.1(D) Certification of Compliance

I hereby certify that the foregoing pleading has been prepared with Book Antiqua font, 13 point, one of the font and point selections approved by the Court in L.R. 5.1, N.D. Ga.

This 15th day of September, 2020.

>  */s/ Brian M. Underwood, Jr.*
>  Brian M. Underwood, Jr.
>  Ga. Bar 804091

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 15th day of September, 2020.

>  */s/ Brian M. Underwood, Jr.*
>  Brian M. Underwood, Jr.
>  Ga. Bar 804091