UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CNN BROADCASTING, INC.; CNN PRODUCTIONS, INC.; and CNN INTERACTIVE GROUP, INC., <br><br> Defendants. | Civil Action No. 1:20-CV-1045-MLB |

## ORDER

For good cause shown, it is hereby ORDERED that Plaintiff's Unopposed Motion for Two Week Extension of Time to File Amended Complaint is GRANTED. The deadline for Plaintiff's Amended Complaint shall be December 14, 2020.

SO ORDERED this 25th day of November, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE