IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Donald J. Trump for President, Inc.,

                Plaintiff,    Case No. 1:20-cv-1045-MLB

v.

CNN Broadcasting, Inc., et al.,

                Defendants.

_____/

## ORDER

Plaintiff Donald J. Trump for President, Inc., sued Defendants CNN Broadcasting, Inc., CNN Productions, Inc., and CNN Interactive Group, Inc., for libel. (Dkt. 1.) On November 12, 2020, the Court dismissed Plaintiff's complaint for failing to plead actual malice sufficiently but allowed Plaintiff the opportunity to file an amended complaint. (Dkt. 34.) The deadline to do so was December 14, 2020. (Dkt. 36.) On that day, Plaintiff's counsel informed the Court that it would not be filing an amended complaint, and no amended complaint has been filed. The Court finds dismissal without prejudice, for failure to comply

with the Court's order, is appropriate. *See Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) ("Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order."). Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**SO ORDERED** this 31st day of December, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE